MADELINE M. DUCK et al., Respondents, *v.* ROBERT H. McGRATH et al., Defendants, and BROOKLYN TRUST COMPANY, as Trustee under the Will of LEFFERT L. BERGEN, Deceased, Appellant.

*Duck* v. *McGrath*, 160 App. Div. 490, affirmed.
(Argued October 1, 1914; decided October 20, 1914.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 9, 1914, which reversed an order of Special Term denying plaintiff's motion for judgment upon the pleadings and granted said motion in an action to recover upon a surety bond.

The following question was certified: "Does the amended complaint in this action state facts sufficient to constitute a cause of action against Brooklyn Trust Company, as trustee?"

*Glenn M. Congdon* and *Randolph Catlin* for appellant.

*Michael Schaap* and *Edward Hymes* for respondents.

Order affirmed, with costs, and question certified answered in the affirmative on memoranda of BURR, J., below.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.